FORM 1

## NOTICE OF APPEAL

* * * * * * * * * * *

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 02 2009 ★
BROOKLYN OFFICE

CREOLIA DUNNING, JEANETTE DUNNING and JASPER DOCKERY PLAINTIFFS

DELTA FUNDING CORPORATION NORWEST BANK MINNESOTA NATIONAL ASSOCIATION, WELLS FARGO BANK et al DEFENDANTS

**NOTICE OF APPEAL**

06CV4936(RJD)(LB)
Docket No.

Notice is hereby given that JASPER DOCKERY AND JEANETTE DUNNING (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) MEMORANDUM OF DECISION DISMISSAL OF ACTION

entered in this action on the 16 day of OCTOBER, 20 09

Signature: Jasper Dockery / Jeanette Dunning

Printed Name: JASPER DOCKERY / JEANETTE DUNNING

Address: FEDERAL CORRECTION INSTITUTE P.O. BOX 4050 POLLOCK LA 71467
300 HILLTOP DRIVE APT #14 SELMA AL 36701

( ) _____
Telephone No. (with area code)

Date: 10/26/09