FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 04 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DUNNING V. DELTA FUNDING CORPORATION
D.C. DOCKET NUMBER 06CV-4936

MOTION TO APPEAL IN FORMA PAUPERIS

JASPER DOCKERY MOVES THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK, FOR AN ORDER TO APPEAL THE ABOVE CASE IN IN FORMA PAUPERIS, BECAUSE WE CANNOT PAY AT THE COURT OF APPEALS DESPITE WE HAD PAY THE FILING FEE IN THE DISTRICT COURT. WE ARE REQUESTING PERMISSION TO FILE OUR APPEAL IN FORMA PAUPERIS STATUS IN THE COURT OF APPEALS.

1. IN ADDITION JASPER DOCKERY PENITENTIARY ADDRESS HAS BEEN CHANGED FROM U.S.P. POLLOCK TO (U.S.P.) UNITED STATES PENITENTIARY, P.O. BOX 1000, LEWISBURG P.A. 17837.

2. I WAS TRANSFERRED FROM POLLOCK ON DECEMBER 3, 2009. I ARRIVED IN F.C.I. ATLANTA ON 12/3/09. I DEPARTED FROM

F.C.I. ATLANTA ON 12/14/09 AND ARRIVED AT U.S.P. LEWISBURG ON 12/14/09.

3. AS OF MY ARRIVAL DATE IN LEWISBURG I HAVE NOT IN RECEIPT OF MY LEGAL PROPERTY IN THE ABOVE CASE AND OTHER CASES. I WROTE WARDEN BLEDSO OF LEWISBURG AND REQUEST THAT HE INFORMED THE LEWISBURG PROPERTY OFFICER DAVE OLSHESKI TO RELEASED MY LEGAL PROPERTY BUT I DID NOT GOT ANY RESPONSE FROM HIM IN THE MATTER. MY PROPERTY RECEIPT AND ONE PHOTO WAS TAKEN FROM ME DURING MY DEPARTURE FROM ATLANTA BY C.O. JENKINS. HE TOLD ME HE WILL TAKE IT TO R&D. AND HAVE THEM MAIL IT TO ME AT LEWISBURG. I HAVE NOT RECEIVED THOSE RECEIPT AND ONE PHOTO AS OF YET.

4. ON 12/17/09 I TALK TO MR. BREWER A UNIT MANAGER ABOUT PROVIDING ME WITH MY LEGAL PAPERS. HE TOLD ME I JUST GOT TO THE PRISON AND I WILL HAVE TO WAIT. I MADE SEVERAL REQUEST ABOUT MY LEGAL PAPERS AT LEWISBURG TO PRISON CASE MANAGER BUT MY REQUEST IS IGNORED.

5. I AM REQUESTING YOUR HONOR CLERK OF THE COURT TO CONTACT LEWISBURG WARDEN

OR PRISON OFFICAL AND ADVISE HIM OR SHE, TO RELEASE MY LEGAL PAPER AND LAW BOOKS SO I CAN LITIGATE THE ABOVE CASE AND OTHER CASE.

WHEREFORE FOR THE ABOVE REASON JASPER DOCKERY PRAYS THAT THE COURT GRANTS HIS MOTION AND OTHER REQUEST MADE HEREIN.

Very Truly Yours
Jasper Dockery
USP Lewisburg
P.O. Box 1000
Lewisburg P.A. - 7837.
12/26/09.