# MEMORANDUM
## United States District Court
### Eastern District of New York

To: Judge Dearie
United States District Judge
From: Mary Ann McGee
Appeals Clerk

Date: 1/12/10

CV-~~06-3238~~ 06-4936

**DUNNING ET AL v. DELTA**

**Attached please find Motion/Request for:**

__X__ Leave to appeal in forma pauperis

_____ Certificate of Appealability

_____ Notice of Appeal. There is no request for or ruling on, Certificate of Appealability.

_____ Extension of Time to File Notice of Appeal

_____ Assignment of Counsel.

_____ Reconsideration

| Granted | Denied |
| --- | --- |
| Granted | Denied |
| Granted | Denied |
| Granted | Denied |
| Granted | Denied |
| Granted | Denied |

DATED:

U.S. DISTRICT COURT JUDGE